UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRELL JOHNSON,

               Plaintiff,

-against-

TROOPER BRADY CONDLIN,

               Defendants.

25-CV-00100 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      IT IS HEREBY ORDERED that the conference in this matter, scheduled for December 9, 2025, at 10:00 a.m., which was previously to be held at the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150, shall now be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 177156990#.

Dated: November 18, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge