UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRELL JOHNSON,<br><br>Plaintiff,<br><br>- against -<br><br>TROOPER BRADY CONDLIN, individually and as an employee of the State of New York,<br><br>Defendant. | 25-CV-100 (JGLC)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the motion filed herein, the accompanying memorandum of law, and all other pleadings and papers filed herein, Defendant Brady Condlin ("Defendant"), by his attorney, Letitia James, Attorney General of the State of New York, will move this Court before the Honorable Jessica G. L. Clarke, United States District Judge, at the United States Courthouse, 500 Pearl Street, Courtroom 11B, New York, New York 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendant on his first, second, and fifth affirmative defenses and dismissing the Complaint in its entirety, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's briefing schedule, Plaintiff shall file his opposition to Defendant's motion on or before February 10, 2026. (Dkt. No. 21).

Dated: New York, New York
January 9, 2026

LETITIA JAMES
Attorney General of the
State of New York
*Attorney for Defendant*

By:
*/s/ Gabriel Cahn*
Gabriel Cahn

Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
(212) 416-8570
Gabriel.Cahn@ag.ny.gov