UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRELL JOHNSON, <br><br> Plaintiff, <br><br> -against- <br><br> TROOPER BRADY CONDLIN, individually and as an employee of the State of New York, <br><br> Defendant. | 25-CV-100 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Under Rule 4(f)(ii) of the Court's Individual Rules and Practices for Civil Cases, "[o]pposing parties must reproduce each entry in the moving party's Rule 56.1 Statement and set out the opposing party's response directly beneath it."

In support of its Motion for Summary Judgment, ECF No. 22, Defendant filed his Rule 56.1 Statement on January 9, 2026. ECF No. 24. Although Plaintiff referenced a "Pl. Counter Stat. Rule 56.1" in his Opposition, ECF No. 27 at 8–9, Plaintiff has not filed his 56.1 Statement on the docket. Therefore, consistent with the Court's Individual Rules, the Court orders Plaintiff to file his response by no later than **June 1, 2026**.

Dated:  May 27, 2026
        White Plains, New York

SO ORDERED.

_Jessica Clarke_

JESSICA G. L. CLARKE
United States District Judge