**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

TERRELL JOHNSON,

Plaintiff,

-against-

25 **CIVIL** 100 (JGLC)

# JUDGMENT

BRADY CONDLIN, individually and as an employee of the State of New York,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2026, the Court has GRANTED Defendant's Motion for Summary Judgment in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**